IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ERICA EDISON,<br>Plaintiff, | §<br>§<br>§ | CIVIL ACTION NO. 4:20-cv-1217 |
| vs. | §<br>§ | |
| 12 CROWN CAPITAL, LLC, DBA<br>RENT 2 OWN HQ HOUSTON,<br>Defendant. | §<br>§<br>§ | |

## **[PROPOSED] FINAL JUDGMENT**

This matter is before the Court on the motion of Erica Edison ("Plaintiff") for the entry of default judgment against Defendant 12 Crown Capital, LLC dba Rent 2 Own HQ Houston ("Defendant"). Default having been ordered and entered against Defendant on June 22, 2020, and the Court having determined that it has subject-matter and personal jurisdiction over this action and all parties named herein, final judgment is hereby rendered in favor of Plaintiff and against Defendant in the amount of $5,480.00.

This judgment comprises (1) statutory damages, (2) attorneys' fees, and (3) costs awarded to Plaintiff, the prevailing party. Having taken judicial notice of the usual and customary attorneys' fees in this District, and having determined that the attorneys' fees and costs awarded in this judgment are reasonable and necessary, and that the award of statutory damages is supported by law, it is, therefore

**ORDERED, ADJUDGED, and DECREED** that the Plaintiff Erica Edison, does have and recover judgment against the Defendant 12 Crown Capital, LLC dba Rent 2 Own HQ Houston in the following sums:

a. TWO THOUSAND DOLLARS ($2,000.00) in statutory damages resulting from Defendant's violation of 15 U.S.C. § 1601 *et seq* and its implementing Regulation M, 12 C.F.R. Part 1013; plus

  b. THREE THOUSAND DOLLARS ($3,000.00) as reasonable and necessary attorneys' fees; plus

  c. FOUR HUNDRED EIGHTY DOLLARS ($480.00) as reasonable and necessary costs; it is further

  **ORDERED, ADJUDGED, and DECREED** that Plaintiff recover post-judgment interest at a rate of 0.15% from the date of judgment until paid.

  The Court orders execution to issue for this judgment.

  This is a final judgment.

    SIGNED and ENTERED this _____ day of _____, 2020.

            _____

            Hon. Kenneth Hoyt
            United States District Judge